IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., and<br>TELEFONAKTIEBOLAGET LM ERICSSON<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., and SAMSUNG<br>TELECOMMUNICATIONS AMERICA LLP,<br><br>Defendants. | CIVIL ACTION NO.<br>2-06CV-306-TJW<br><br>JURY TRIAL DEMANDED |

## JOINT ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss submitted by Plaintiffs Ericsson Inc., and Telefonaktiebolaget LM Ericsson, and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLP. It is ORDERED that the Joint Motion to Dismiss is GRANTED and this case is hereby dismissed without prejudice.

Costs will borne by the party incurring them.

SIGNED this 17th day of July, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1